# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SHAUN PATRICK ANDERSON,<br><br>    Defendant. | 2:17-CR-363-APG-EJY<br><br>**Amended Preliminary Order of Forfeiture** |

This Court finds Shaun Patrick Anderson pled guilty to Count One through Six of a Six-Count Criminal Indictment charging him in Count One with possession of fifteen or more counterfeit or unauthorized access devices in violation of 18 U.S.C. § 1029(a)(3); in Count Two with use or trafficking in unauthorized access devices in violation of 18 U.S.C. § 1029(a)(2); and in Counts Three through Six with aggravated identity theft in violation of 18 U.S.C. § 1028A(a)(1) with 1028A(c)(4). Criminal Indictment, ECF No. 1; Memorandum in Support of Plea, ECF No. 37; Change of Plea, ECF No. 41.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Memorandum in Support of Plea, the Bill of Particulars, and the Forfeiture Allegations of the Criminal Indictment and the offenses to which Shaun Patrick Anderson pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 36; ; Memorandum in Support of Plea, ECF No. 37; Change of Plea, ECF No. 41.

The following property and money judgment are (1) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of 18 U.S.C. §§ 1029(a)(2), 1029(a)(3), and 1028A(a)(1) with 1028A(c)(4), or a conspiracy to commit such

offenses; (2) any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of violations of 18 U.S.C. §§ 1029(a)(2), 1029(a)(3), and 1028A(a)(1) with 1028A(c)(4), or a conspiracy to violate such offenses; and (3) any personal property used or intended to be used to commit the violation of 18 U.S.C. §§ 1029(a)(2), 1029(a)(3), 1028A(a)(1) with 1028A(c)(4), and are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 1029(c)(1)(C) with (c)(2); and 21 U.S.C. § 853(p):

1. Miscellaneous paperwork;
2. Miscellaneous cards/debit cards/credit cards;
3. Printed out show tickets;
4. Canon iP110 printer, serial number ADVR64279;
5. Epson C531C printer, serial number W89Y015073;
6. Nokia 810 cell phone (cracked/damaged screen), IMEI: 354591050902980;
7. Blu R1 Plus cell phone, serial number 4030016017021477;
8. Samsung Galaxy Note 5 cell phone (cracked/damaged screen), IMEI: 990007018670189;
9. Apple iPhone, model A1387 (cracked/damaged screen), FCC ID: BCG-E2430A, serial number C8WLC655DTFC;
10. Check stock;
11. USB thumb drive;
12. Tracfone wireless Z289L 4G LTE mifi, portable cellular wifi, green and black, serial number 321853321013;
13. Blue Silver Microsoft Surface Pro 3 laptop, model 1631, with attached blue Seagate Hard Drive;
14. Mac Mini Apple computer, model A1347, serial number C07G10HXDJY7;

15. HP Pavilion detachable PC, model 12-b020nr, serial number 5CD6035Q5S;
16. $1,132 in USC;
17. Gold plated $100 bill;
18. Gold Coins dated 1908, 1878, and 1903;
19. Silver Coin dated 1977;
20. 8 vials of gold flakes;
21. Bally's 100 Chip;
22. Broken Cubot X11 white cell phone (no identifying marks);
23. AT&T Alcatel 4060A cell phone, IMEI: 014802006633682;
24. AT&T Alcatel 4060A cell phone, IMEI: 014802007056669;
25. Rose Gold Apple iPhone 6S Plus, model A1634, IMEI: 353294074932833;
26. Apple iPhone SE, model A1662, IMEI: 358633072642255;
27. Blu Grand Max G110Q cell phone, serial number 1030021017146763;
28. Apple iMac computer, model A1311, serial number C02FKWR2DHJF;
29. Alcatel 4060A cell phone (no cover on battery), IMEI: 014802006778206;
30. Black Apple 8GB iPhone, model A1241, FCC ID: BC6A1241;
31. ZTE N9130 cell phone serial number 327B528938BF;
32. ZTE X500 cell phone (no cover/battery) MEID Hex: A0000032245175;
33. LG cell phone, model LG-K371, serial number 608CYMR489907;
34. LG cell phone, model LG-M150, serial number 707CQMR700915;
35. Seagate Barracuda 750GB HDD, serial number 6VP9E88E;
36. Apple iPad, model A1475 (bent/damaged), serial number DLX MR27VF4YD;
37. iFlash 64GB thumb drive;
38. Blue HD 16GB thumb drive;
39. Gold USB thumb drive;

      40. Intel Mini PC Model G2;

      41. Alcatel 4060A cell phone (cracked/damaged screen), IMEI: 01469900828850;

      42. Black ZTE cell phone, model N9130, serial number 327B52883FB5;

      43. Samsung SM-J120A cell phone (no cover/battery), serial number R58J10GAC7X; and

      44. Black Apple 8GB iPhone, model A1241 (cracked/damaged screen), FCC ID: BCGA1241

(all of which constitutes property)

and an in personam criminal forfeiture money judgment of $503,842.30, and that the net sale proceeds of items 16 through 20 of the property will be applied toward the payment of the money judgment.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

The in personam criminal forfeiture money judgment complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States of America recover from Shaun Patrick Anderson an in personam criminal forfeiture money judgment of $503,842.30.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Shaun Patrick Anderson in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and 21 U.S.C. § 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to 21 U.S.C § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> James A. Blum
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by

5

the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

Dated: November 25, 2019.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on November 22, 2019.

/s/ Heidi L. Skillin<br>
HEIDI L. SKILLIN<br>
FSA Contractor Paralegal