# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br>v.<br>Shaun Patrick Anderson,<br>　　　　　　Defendant. | Case No. 2:17-cr-363-APG-EJY<br><br>**ORDER GRANTING MOTION TO SEAL AND DIRECTING CLERK OF COURT TO SEAL EXHIBITS**<br><br>(ECF No. 52) |

　　　The Government's motion to seal (**ECF No. 52) is GRANTED**. The Government may file under seal exhibits 3, 6, 7, 8, and 9 to its sentencing memorandum.

　　　The motion points out that exhibits 8 and 9 are competency reports about the defendant and should be sealed. But the Government filed those exhibits without sealing them (*see* ECF No. 51-5, 51-6). Given the sensitive nature of those exhibits, **the clerk of the court shall immediately seal ECF Nos. 51-5 and 51-6.**

　　　Dated: March 2, 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE