1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   HEIDI A. OJEDA
3  Assistant Federal Public Defender
   Nevada State Bar No. 12223
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Heidi_Ojeda@fd.org

7  Attorney for Shaun Patrick Anderson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHAUN PATRICK ANDERSON,<br><br>　　　　　Defendant. | Case No. 2:17-cr-363-APG-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Patrick Burns, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Shaun Patrick Anderson, that the sentencing hearing currently scheduled for March 17, 2020 be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days. Additionally, the defenses' response to the Government's sentencing memorandum will be due one week prior to sentencing.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to respond to the government's lengthy sentencing memorandum. Additionally, the parties are in the process of trying to resolve this case in lieu of having an evidentiary hearing at sentencing.

2. Defense counsel also needs additional time to speak with her client in light of possible negotiations.

3. The defendant is incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the second request to continue sentencing hearing filed in this matter.

DATED this 10 day of March, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Heidi A. Ojeda*<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | By */s/ Patrick Burns*<br>PATRICK BURNS<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-363-APG-EJY |
| Plaintiff, | FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |
| v. | |
| SHAUN PATRICK ANDERSON, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel needs additional time to respond to the government's lengthy sentencing memorandum. Additionally, the parties are in the process of trying to resolve this case in lieu of having an evidentiary hearing at sentencing.

2. Defense counsel also needs additional time to speak with her client in light of possible negotiations.

3. The defendant is incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United

States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), when the considering the facts under Title 18, United States Code, §§ 316(h)(7)(B) and 3161(h)(7)(B)(iv).

**ORDER**

IT IS THEREFORE ORDERED that the defenses' response to the Government's sentencing memorandum will be due one week prior to sentencing.

IT IS FURTHER ORDERED that the sentencing hearing currently scheduled for March 17, 2020, at 10:30 a.m., be vacated and continued to April 28, 2020 at the hour of 9:30 a.m. in Courtroom 6C.

DATED this 11th day of March, 2020.

UNITED STATES DISTRICT JUDGE