CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
SIMON F. KUNG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6265 / Fax: 702.388.6418
simon.kung@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-cr-00363-APG-EJY |
| Plaintiff, | **Stipulation to Continue Sentencing Hearing** |
| v. | |
| SHAUN PATRICK ANDERSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between, Christopher Chiou, Acting United States Attorney, District of Nevada, Simon F. Kung, Assistant United States Attorney, representing the United States of America, and Emily K. Strand, Esq., representing Defendant Shaun Patrick Anderson, that the sentencing hearing in the above captioned case, which is currently scheduled for June 30, 2021 at 3:00 P.M., be continued and reset to a date and time convenient to the Court, but no sooner than sixty (60) days.

The Stipulation is being entered for the following reasons:

1. The parties agree to continue the currently scheduled sentencing hearing from June 30, 2021 at 3:00 P.M., to a date and time convenient to the Court, but no sooner than thirty (60) days.

2. This continuance is not sought for purposes of delay, but to allow counsel for the defendant and counsel for the government additional time to prepare for the hearing, and to resolve an unindicted case against Defendant.

3. The defendant is in custody but does not object to the continuance.

DATED this 24th day of June, 2021.

| | |
|---|---|
| CHRISTOPHER CHIOU<br>Acting United States Attorney<br>  /s/ *Simon F. Kung*  <br>SIMON F. KUNG<br>Assistant United States Attorney | PITARO & FUMO, CHTD<br><br>  /s/  *Emily K. Strand*  <br>EMILY K. STRAND, ESQ.<br>Counsel for Defendant |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-cr-00363-APG-EJY |
| Plaintiff, | **Findings and Order on Stipulation** |
| v. | |
| SHAUN PATRICK ANDERSON, | |
| Defendant. | |

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1. The parties agree to continue the currently scheduled sentencing hearing from June 30, 2021 at 3:00 P.M., to a date and time convenient to the Court, but no sooner than thirty (60) days.

2. This continuance is not sought for purposes of delay, but to allow counsel for the defendant and counsel for the government additional time to prepare for the hearing, and to resolve an unindicted case against Defendant.

3. The defendant is in custody but does not object to the continuance.

1  THEREFORE, IT IS HEREBY ORDERED that the sentencing hearing in the
2 above-captioned matter currently scheduled for June 30, 2021 at 3:00 P.M., be vacated and
3 continued to a date and time convenient to this court, that is <u>Tuesday, August 31, 2021 at
4 1:30 p.m.</u> courtroom 6C.

DATED this __25th__ day of June, 2021.

                                                                                                       _____
United States District Court Judge