**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHAUN PATRICK ANDERSON,<br><br>　　　　Defendant. | 2:17-CR-363-APG-EJY<br><br>**Final Order of Forfeiture** |

　　　　The United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 1029(c)(1)(C) with (c)(2); and 21 U.S.C. § 853(p) based upon the plea of guilty by Shaun Patrick Anderson to the criminal offenses, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Memorandum in Support of Plea, the Bill of Particulars, and the Forfeiture Allegations of the Criminal Indictment. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 36; Memorandum in Support of Plea, ECF No. 37; Change of Plea, ECF No. 41; Amended Preliminary Order of Forfeiture, ECF No. 43.

　　　　This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

　　　　This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from December 4, 2019, through January 2, 2020, notifying all potential third

parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 44.

This Court finds the United States notified known third parties by personal service of their right to petition the Court. Notice of Filing Service of Process – Personal Service, ECF No. 45.

On December 30, 2019, the United States Marshals Service personally served MGM Resorts International c/o William J. Hornbuckle, President, with copies of the Amended Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 45-1, p. 3, 9-13, 15-21.

On December 30, 2019, the United States Marshals Service attempted to personally serve MGM Resorts International c/o Registered Agent, CSC Services of Nevada, with copies of the Amended Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 45-1, p. 4, 9-13, 15-21. The business has been closed.

On December 30, 2019, the United States Marshals Service personally served MGM Resorts International c/o John McManus, Secretary, with copies of the Amended Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 45-1, p. 5, 9-13, 15-21.

On December 30, 2019, the United States Marshals Service attempted to personally serve MGM Resorts International c/o Daniel J. Arrigo, Treasurer, with copies of the Amended Preliminary Order of Forfeiture and the Notice. Daniel J. Arrigo is no longer employed by MGM Resorts International. Notice of Filing Service of Process – Personal Service, ECF No. 45-1, p. 6, 9-13, 15-21.

On December 30, 2019, the United States Marshals Service personally served MGM Resorts International c/o James J. Murren, Director, with copies of the Amended Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 45-1, p. 7, 9-13, 15-21.

/ / /

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States:

1. Miscellaneous paperwork;
2. Miscellaneous cards/debit cards/credit cards;
3. Printed out show tickets;
4. Canon iP110 printer, serial number ADVR64279;
5. Epson C531C printer, serial number W89Y015073;
6. Nokia 810 cell phone (cracked/damaged screen), IMEI: 354591050902980;
7. Blu R1 Plus cell phone, serial number 4030016017021477;
8. Samsung Galaxy Note 5 cell phone (cracked/damaged screen), IMEI: 990007018670189;
9. Apple iPhone, model A1387 (cracked/damaged screen), FCC ID: BCG-E2430A, serial number C8WLC655DTFC;
10. Check stock;
11. USB thumb drive;
12. Tracfone wireless Z289L 4G LTE mifi, portable cellular wifi, green and black, serial number 321853321013;
13. Blue Silver Microsoft Surface Pro 3 laptop, model 1631, with attached blue Seagate Hard Drive;
14. Mac Mini Apple computer, model A1347, serial number C07G10HXDJY7;

/ / /

15. HP Pavilion detachable PC, model 12-b020nr, serial number 5CD6035Q5S;
16. $1,132 in USC;
17. Gold plated $100 bill;
18. Gold Coins dated 1908, 1878, and 1903;
19. Silver Coin dated 1977;
20. 8 vials of gold flakes;
21. Bally's 100 Chip;
22. Broken Cubot X11 white cell phone (no identifying marks);
23. AT&T Alcatel 4060A cell phone, IMEI: 014802006633682;
24. AT&T Alcatel 4060A cell phone, IMEI: 014802007056669;
25. Rose Gold Apple iPhone 6S Plus, model A1634, IMEI: 353294074932833;
26. Apple iPhone SE, model A1662, IMEI: 358633072642255;
27. Blu Grand Max G110Q cell phone, serial number 1030021017146763;
28. Apple iMac computer, model A1311, serial number C02FKWR2DHJF;
29. Alcatel 4060A cell phone (no cover on battery), IMEI: 014802006778206;
30. Black Apple 8GB iPhone, model A1241, FCC ID: BC6A1241;
31. ZTE N9130 cell phone serial number 327B528938BF;
32. ZTE X500 cell phone (no cover/battery) MEID Hex: A0000032245175;
33. LG cell phone, model LG-K371, serial number 608CYMR489907;
34. LG cell phone, model LG-M150, serial number 707CQMR700915;
35. Seagate Barracuda 750GB HDD, serial number 6VP9E88E;
36. Apple iPad, model A1475 (bent/damaged), serial number DLX MR27VF4YD;
37. iFlash 64GB thumb drive;
38. Blue HD 16GB thumb drive;
39. Gold USB thumb drive;

40. Intel Mini PC Model G2;

41. Alcatel 4060A cell phone (cracked/damaged screen), IMEI: 01469900828850;

42. Black ZTE cell phone, model N9130, serial number 327B52883FB5;

43. Samsung SM-J120A cell phone (no cover/battery), serial number R58J10GAC7X; and

44. Black Apple 8GB iPhone, model A1241 (cracked/damaged screen), FCC ID: BCGA1241

(all of which constitutes property); and

that the United States recover from Shaun Patrick Anderson the in personam criminal forfeiture money judgment of $503,842.30, and that the net sale proceeds of items 16-20 will be applied toward the payment of the money judgment; and

the forfeiture of the money judgment and the property is imposed pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 1029(c)(1)(C) with (c)(2); and 21 U.S.C. § 853(p); and 21 U.S.C. § 853(n)(7); that the money judgment shall be collected; and that the property and the collected amount shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED __December 9__, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

5