# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SHAUN PATRICK ANDERSON,<br><br>　　　　Defendant. | Case No. 2:17-cr-00363-APG-EJY<br><br>**ORDER DENYING MOTION FOR JURY TRIAL**<br><br>(ECF No. 129) |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SHAUN PATRICK ANDERSON,<br><br>　　　　Defendant. | Case No. 2:21-cr-00178-APG-DJA<br><br>(ECF No. 85) |

Shaun Anderson moves for a jury trial on the Government's petition and addenda seeking revocation of his supervised release. The Ninth Circuit recently held that a defendant is not entitled to a jury trial in such a proceeding. *United States v. Bowers*, No. 23-902, 2025 WL 679805 (9th Cir. Mar. 4, 2025).

I THEREFORE ORDER that the motion for jury trial is denied.

DATED this 27th day of March, 2025.

　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE