UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHAUN PATRICK ANDERSON,

    Defendant.

Case No. 2:17-cr-00363-APG-EJY

ORDER

### ORDER

IT IS HEREBY ORDERED that the preliminary hearing currently scheduled for April 7, 2025 at 1:00 p.m. be vacated and rescheduled to April 17, 2025 at the hour of 3:30 p.m.

DATED this 2nd day of April, 2025.

_____
HONORABLE ELAYNA J. YOUCHAH
United States Magistrate Judge
District of Nevada