# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAUN PATRICK ANDERSON,<br><br>Defendant. | Case No. 2:17-cr-00363-APG-EJY<br><br>**NOTICE OF *IN CAMERA* REVIEW OF PROBATION OFFICE FILE** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAUN PATRICK ANDERSON,<br><br>Defendant. | Case No. 2:21-cr-00178-APG-DJA |

I previously ordered the Probation Office to deliver to my chambers, for my *in camera* review, any material in its file that may bear on the credibility of the witnesses to be called at the revocation proceeding. ECF No. 95. Probation Officer Stark delivered copies of his files to me on April 2, 2025. I have conducted an *in camera* review of those materials, which includes among other things property receipts, results of polygraphs and urinalyses, Presentence Investigation Reports, case filings, and the Chronos/Client History print-outs.

/ / / /

/ / / /

/ / / /

It is my understanding that Officer Stark will be the only witness called to testify at the revocation hearing. None of the materials I reviewed bears on Officer Stark's credibility. I therefore will not require the Probation Office or United States Attorney to produce or disclose any of these materials to the defendant.

DATED this 3rd day of April, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE