**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * *

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>SHAUN PATRICK ANDERSON,<br><br>             Defendant. | 2:17-CR-00363-APG-EJY<br>2:21-CR-00178-APG-DJA<br><br>DATE: February 5, 2026<br><br>Courtroom 6C |

THE HONORABLE Andrew P. Gordon, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Melissa Johansen     COURT REPORTER: Judy Moore

COUNSEL FOR PLAINTIFF:  Brian Wang

COUNSEL FOR DEFENDANT:  Joanne Diamond and Rebecca Levy

MINUTES OF PROCEEDINGS: Evidentiary Hearing


Court convened at 9:38 a.m. Defendant present in custody via Zoom.

In Case No. 2:17-cr-363, the Motion to Release (ECF No. 165) is denied as moot.
In Case No. 2:21-cr-178, the Motion to Release (ECF No. 113) is denied as moot.

Defendant is sworn and canvassed regarding his right to an evidentiary hearing.

In Case No. 2:17-cr-363, Defendant admits Allegations 1–6 of the Petition (ECF No. 110) and Allegations 1, 2, and 5 of the Addendum (ECF No. 122).

In Case No. 2:21-cr-178, Defendant admits Allegations 1–6 of the Petition (ECF No. 66) and the Addendum (ECF No. 78).

The Court proceeds with an evidentiary hearing as to the remaining allegations in Case No. 2:17-cr-363 (Addendum ECF Nos. 126 and 174) and Case No. 2:21-cr-178 (Addendum ECF Nos. 82 and 115).

The Government calls John Pyburn (via Zoom). Witness sworn, testifies, and is excused.

The Government calls Bryce Stark. Witness sworn and testifies.

Court recessed from 11:59 a.m. to 1:17 p.m.

Bryce Stark resumes testimony. Government's Exhibits 1 and 2 are marked and admitted. Witness excused.

The Defense calls Josiah Roloff (via Zoom). Witness sworn, testifies, and is excused. Defendant's Exhibits 3–6 are marked and admitted.

Closing arguments by Mr. Whang and Ms. Diamond. Rebuttal by Mr. Whang. Officer Stark addresses the Court.

Matter taken under advisement.

Final Revocation of Supervised Release hearing set for February 12, 2026, at 3:45 p.m., Courtroom 6C, Las Vegas.

Court adjourned at 4:34 p.m.

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT
BY:  _____/S/_____
M. Johansen, Courtroom Administrator